

Exhibit 1